UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JOAN M. KNEPP

                                 Debtor(s)

JACK N. ZAHAROPOULOS                   CHAPTER 13
CHAPTER 13 TRUSTEE
                     Movant
vs.
JOAN M. KNEPP
                                                      CASE NO: 1-24-02551-HWV
                     Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 28, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section1307(c), due to bad faith and non-payment. The Debtor also failed to appear at her Meeting of Creditors on February 27, 2025.

Section 1325(a)(1) unequivocally provides for plan payments to begin within 30 days of the filing of the petition. Here, the Debtor's plan proposes for $0 monthly payments to be made to the Trustee and then a large lump sum to be paid by December 2025 (i.e., a year after the filing date). The Debtor's proposal runs contrary to the Code and is not in good faith.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                                        Respectfully submitted,

                                                        /s/ Douglas R. Roeder, Esquire
                                                        ID: 80016
                                                        Attorney for Trustee
                                                        Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA 17036
                                                        Phone: (717) 566-6097
                                                        email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JOAN M. KNEPP
                      Debtor(s)

JACK N. ZAHAROPOULOS                       CHAPTER 13
CHAPTER 13 TRUSTEE
                      Movant

vs.
JOAN M. KNEPP
                      Respondent(s)                       CASE NO: 1-24-02551-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for bad faith, non-payment and failure to appear at her Meeting of Creditors.

If you object to the relief requested, you must file your objection/response on or before March 14, 2025, with the Clerk of Bankruptcy Court:

    Sylvia H. Rambo United States Courthouse
    Bankruptcy Courtroom 4B, 4th Floor
    1501 North 6th Street
    Harrisburg, PA 17102

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

    Jack N. Zaharopoulos
    Office of the Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036.

A hearing with the Court has been scheduled on this motion and will be held regardless of any objections or responses having been filed:

Sylvia H. Rambo United States Courthouse      Date: April 2, 2025
Bankruptcy Courtroom 4B, 4th Floor             Time: 9:35 AM
1501 North 6th Street
Harrisburg, PA 17102

Dated: February 28, 2025                            Respectfully submitted,

                                                        /s/ Douglas R. Roeder, Esquire
                                                        ID: 80016
                                                        Attorney for Trustee
                                                        Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA 17036
                                                        Phone: (717) 566-6097
                                                        email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JOAN M. KNEPP

                                          Debtor(s)

JACK N. ZAHAROPOULOS                       CHAPTER 13
CHAPTER 13 TRUSTEE
                            Movant
vs.
JOAN M. KNEPP

                                                       CASE NO: 1-24-02551-HWV

                                Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on February 28, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG PA 17102-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>Served by First Class Mail</u>

JOAN M. KNEPP
1430 VIRGINIA AVE.
YORK PA 17403

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 28, 2025                      /s/ Derek M. Strouphauer, Paralegal
                                                             Office of the Standing Chapter 13 Trustee
                                                             Jack N. Zaharopoulos
                                                             Suite A, 8125 Adams Dr.
                                                             Hummelstown, PA 17036
                                                             Phone: (717) 566-6097
                                                             email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOAN M. KNEPP

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-24-02551-HWV

vs.
JOAN M. KNEPP

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.