United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 24-02551-HWV

Joan M. Knepp                                                             Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 2

Date Rcvd: Feb 28, 2025                     Form ID: ntnoshow                       Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan M. Knepp, 1430 Virginia Ave., York, PA 17403-3630 |
| 5659065 | + | M&T Bank, PO Box 64910, Baltimore, MD 21264-4910 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5659063 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2025 18:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5659067 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 28 2025 18:47:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5659068 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2025 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5659064 | ^ | MEBN | Feb 28 2025 18:39:49 | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5666672 | + | Email/Text: camanagement@mtb.com | Feb 28 2025 18:47:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5659071 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2025 18:47:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5659069 | | Email/Text: fesbank@attorneygeneral.gov | Feb 28 2025 18:47:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5675061 | | Email/Text: bankruptcy@tfifinance.com | Feb 28 2025 18:47:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 5659070 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Feb 28 2025 18:47:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5659072 | ^ | MEBN | Feb 28 2025 18:40:30 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5659066 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 28 2025 18:48:57 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025                       Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Joan M. Knepp jmh@johnhyamslaw.com<br>acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joan M. Knepp,                                    Chapter       13

        **Debtor 1**

Case No.       1:24−bk−02551−HWV

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 20, 2025** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 20, 2025**.

**If no objections are filed by March 20, 2025, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 28, 2025 |

ntnoshow (07/18)